**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Niteroi DAVIS, Defendant–Appellant.**

**No. 06–51512**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 30, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Adam Cardenas, Jr., for Defendant–Appellant.

Before REAVLEY, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Niteroi Davis presents arguments that are foreclosed by *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir. 2001), and *United States v. Rawls*, 85 F.3d 240, 242–44 (5th Cir.1996), which rejected Commerce Clause challenges to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). *See United States v. Guidry*, 406 F.3d 314, 318–19 (5th Cir. 2005). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.